No. 84–5404.  PERRY v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS.  C. A. 8th Cir.  Certiorari denied.

No. 84–5409.  STEVENSON v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 84–5413.  McCOLLUM v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 84–5416.  McFADDEN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 83–1517.  McCARTHY, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. BRUNO.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 83–2144.  GARRISON, WARDEN, ET AL. v. HUDSON.  C. A. 4th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 83–6898.  CAMPBELL v. TENNESSEE.  Sup. Ct. Tenn.;
No. 84–5238.  McCORQUODALE v. KEMP, WARDEN.  Super. Ct. Ga., Butts County; and
No. 84–5249.  STEWART v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  Reported below: No. 83–6898, 664 S. W. 2d 281; No. 84–5249, 101 Ill. 2d 470, 463 N. E. 2d 677.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.